DOH: 2/3/20

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

| United States of America | ) | Arizona: 20-1054 MJ |
|---|---|---|
| v. | ) | |
| Walter Ray Frerichs | ) | Case No. 4:19-cr-00175-JAJ-CFB-1 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Walter Ray Frerichs,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:

Pretrial Supervision Violation

Date: 01/30/2020

City and state: Des Moines, Iowa

WARRANT ISSUED
JOHN S. COURTER, Clerk
By: _____
DEPUTY CLERK

Helen C. Adams, Chief U.S. Magistrate Judge
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ | |
| Date: _____ | _____ *Arresting officer's signature* |
| | _____ *Printed name and title* |

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Sealed Petition for Warrant for Defendant Under Pretrial Supervision

**Name of Defendant:** Walter Ray Frerichs     **Case Number:** 4:19-cr-00175-001

**Name of Judicial Officer:** Celeste F. Bremer, U.S. Magistrate Judge

**Charge:** 18 U.S.C. § 876(b) – Mailing Threatening Communications

**Placed on Bond:** December 6, 2019

**Type of Bond:** Personal Recognizance

**Trial Date:** June 6, 2020

**Assistant U. S. Attorney:** Virginia M. Bruner     **Defense Attorney:** Andrew Graeve

### PETITIONING THE COURT

To issue a warrant

### CASE SUMMARY

On December 6, 2019, the defendant initially appeared before the Honorable Celeste F. Bremer. On the same date, the defendant was released on pretrial supervision. From December 6, 2019, until December 23, 2019, the defendant was temporarily residing in Kearney, Nebraska, to receive medical attention from his doctor. On December 27, 2019, the defendant reported to the District of Arizona for courtesy supervision, where he has remained since. Trial is scheduled for June 6, 2020, before the Honorable John A. Jarvey.

The Probation Office believes the defendant has violated the following conditions of Pretrial supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. Failure to report change in address | a) On December 30, 2019, the defendant reported to Pretrial Services that he was residing at the Fortuna Pond Camping & Fishing Site in Yuma, Arizona, until January 15, 2020. The campground only allows residents to stay on the premises for 14 days at a time in a 28-day period, with no exceptions. Pretrial Services has not been able to verify the defendant's residence. |

U.S v. Walter Ray Frerichs (4:19-cr-00175-001)                                              Petition for Warrant - January 29, 2020

2. Failure to permit a Probation Officer to visit the defendant at any time at home or other approved residence

a) On January 8, 2020 (twice), and January 27, 2020, Pretrial Services Officers attempted to conduct an unannounced home assessment. Both times, officers were unable to locate the defendant and he did not answer their phone calls. Since the start of the defendant's supervision in Arizona, Pretrial Services has not been able to verify the defendant's residence.

**U. S. Probation Officer Recommendation:**

The term of Pretrial supervision should be:

Revoked

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2020

Oliver Vale
U.S. Probation Officer
Date: January 29, 2020

U.S v. Walter Ray Frerichs (4:19-cr-00175-001)  Petition for Warrant - January 29, 2020

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

AUSA: __Virginia M Bruner__   Signature: _____

---

THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant.

☐ The issuance of a summons, so that a hearing can be held on _____ at _____.

☐ Other: _____

_____
Helen C. Adams
Chief U.S. Magistrate Judge

__1/30/2020__
Date